```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 02734
   LAWANDA VANCE
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7628

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/07/2008 and was not confirmed.

     The case was dismissed without confirmation 04/02/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------
NORTHWESTERN MEDICAL FAC UNSECURED           1194.84         .00           .00
ROUNDUP FUNDING LLC      UNSECURED            549.09         .00           .00
DEUTSCHE BANK/LITTON LOA NOTICE ONLY        NOT FILED        .00           .00
INDYMAC BANK             CURRENT MORTG          .00          .00           .00
INDYMAC BANK             SECURED NOT I          .00          .00           .00
PRO SE DEBTOR            DEBTOR ATTY            .00                        .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                       --------------       --------------
TOTALS                      .00                  .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 07/24/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```